IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00069-PAB

NATALIE A. JARESKO,

    Petitioner,

v.

IHOR VOLODYMYR FIGLUS,

    Respondent.

---

**ORDER**

---

    This matter comes before the Court on petitioner Natalie A. Jaresko's Motion for Leave to File Corrected Caption [Docket No. 3], wherein petitioner seeks leave to correct the spelling of her name.  Given that her name is misspelled not only in the caption, but throughout the petition, the Court will construe the motion as one to file an amended petition to correct a typographical error.  Petitioner has attached a proposed amended petition to her motion.  Wherefore, it is

    ORDERED that petitioner's Motion for Leave to File Corrected Caption [Docket No. 3], which the Court construes to be a motion to file an amended petition to correct a typographical error, is granted.  It is further

    ORDERED that the Clerk's Office shall file the Amended Petition attached to petitioner's motion [Docket No. 3-1].

    DATED January 12, 2011.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge